UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEPREE T. ANDERS, | ) |
| | ) |
| Plaintiff, | ) CASE NO. C13-0831-RAJ |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicates he has no income, no sources of money, no cash on hand or money in checking or savings accounts, no interest in any property, and no monthly expenses.

By Minute Order dated May 23, 2013, the Court indicated it was unable to consider plaintiff's request to proceed IFP. (Dkt. 3.) The Court explained that plaintiff must provide complete and detailed information as to his financial status and, if plaintiff has no means of support, he must explain how he is able to meet basic monthly expenses, including food and shelter. The Court directed plaintiff to submit a revised IFP application by June 14, 2013, and

REPORT AND RECOMMENDATION
PAGE -1

indicated that failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

To date, the Court has not received a revised IFP application from plaintiff. Accordingly, the Court recommends DENYING plaintiff's application to proceed IFP (Dkt. 1), and directing him to pay the $400 filing fee within **thirty (30) days** of the date of the Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk is directed to close the file. The Clerk is further directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 9th day of July, 2013.

Mary Alice Theiler
United States Magistrate Judge