01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 DEPREE T. ANDERS,                      )
                                          )   CASE NO. C13-0831-RAJ
09        Plaintiff,                      )
                                          )
10   v.                                   )   ORDER DENYING IN FORMA
                                          )   PAUPERIS REQUEST
11 UNITED   STATES   DEPARTMENT   OF )
EDUCATION, et al.,                        )
12                                        )
          Defendants.                     )
13 _____ )

14        The court has reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the

15 Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

16 remaining record.   The court orders as follows:

17        (1)     The Court adopts the Report and Recommendation (Dkt. # 4).

18        (2)     The court DENIES Plaintiff's IFP application based on plaintiff's failure to file

19 an amended IFP application, as the court ordered.   Plaintiff must pay the full filing fee of $400

20 no later than August 29, 2013.   If Plaintiff does not pay the filing fee, this action will be

21 dismissed dismiss this action without further notice.

22        (3)     The Clerk shall file the complaint only on receipt of the filing fee.   If Plaintiff

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

01  does not pay the filing fee by August 29, 2013, the clerk may implement dismissal by closing

02  this case without further action.

03      (4)     The Clerk shall send copies of this Order to plaintiff and to the Honorable Mary

04  Alice Theiler.

05       Dated this 29th day of July, 2013.

06

07                         _____

08                         The Honorable Richard A. Jones
                            United States District Court Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2