UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEPREE T. ANDERS, | ) |
| | ) CASE NO. C13-0831-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING IN FORMA |
| | ) PAUPERIS REQUEST |
| UNITED STATES DEPARTMENT OF | ) |
| EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The court has reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record. The court orders as follows:

(1) The Court adopts the Report and Recommendation (Dkt. # 4).

(2) The court DENIES Plaintiff's IFP application based on plaintiff's failure to file an amended IFP application, as the court ordered. Plaintiff must pay the full filing fee of $400 no later than August 29, 2013. If Plaintiff does not pay the filing fee, this action will be dismissed dismiss this action without further notice.

(3) The Clerk shall file the complaint only on receipt of the filing fee. If Plaintiff

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

does not pay the filing fee by August 29, 2013, the clerk may implement dismissal by closing this case without further action.

(4)  The Clerk shall send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

Dated this 29th day of July, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2